**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SIDNEY MARTS, et al.,
    Plaintiff,

vs.                              Case No.:  3:08cv272/MCR/EMT

RON McNESBY, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October  22, 2008 (Doc. 43).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's notice of voluntary dismissal (Doc. 40) is **GRANTED** to the extent that Plaintiff Sydney Marts is terminated as a Plaintiff in this cause of action, and further, that Plaintiff Sydney Marts' case is **DISMISSED without prejudice**.

    3.  The clerk is directed to change the docket to reflect that Plaintiff Sydney Marts is terminated as a Plaintiff in this cause of action.

    **DONE AND ORDERED** this 21st day of November, 2008.

                                                   s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE**