**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRISTOPHER BANKS, et al.,
    Plaintiffs,

vs.                                                Case No.: 3:08cv272/MCR/EMT

RON McNESBY, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 2, 2008 (Doc. 87).  Plaintiff **TONY R. WILSON** has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.   Plaintiff **Tony R. Wilson**  is terminated as a Plaintiff in this cause of action, and further, that Plaintiff **Tony R. Wilson's** case is **DISMISSED without prejudice** for failure to comply with an order of the court.

    3.  The clerk is directed to change the docket to reflect that Plaintiff **Tony R. Wilson** is terminated as a Plaintiff in this cause of action.

    **DONE AND ORDERED** this 8th day of January, 2009.

                                                                *s/ M. Casey Rodgers*
                                                              **M. CASEY RODGERS
                                                              UNITED STATES DISTRICT JUDGE**