IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER BANKS, et al.,
    Plaintiffs,

vs.                                       Case No.: 3:08cv272/MCR/EMT

RON McNESBY, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 2, 2008 (Doc. 79).  Plaintiff **GEORGE W. STALLWORTH** has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff **George W. Stallworth** is terminated as a Plaintiff in this cause of action, and further, that Plaintiff **George W. Stallworth's** case is **DISMISSED without prejudice** for failure to comply with an order of the court.

3.  The clerk is directed to change the docket to reflect that Plaintiff **George W. Stallworth** is terminated as a Plaintiff in this cause of action.

**DONE AND ORDERED** this 8th day of January, 2009.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**