**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRISTOPHER BANKS, et al.,
    Plaintiffs,

vs.                                                Case No.: 3:08cv272/MCR/EMT

RON McNESBY, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 2, 2008 (Doc. 86).  Plaintiff **WILLIE FRANK MONEYHAM, JR.** has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   Plaintiff **Willie Frank Moneyham, Jr.** is terminated as a Plaintiff in this cause of action, and further, that Plaintiff **Willie Frank Moneyham, Jr.'s** case is **DISMISSED without prejudice** for failure to comply with an order of the court.

3.  The clerk is directed to change the docket to reflect that Plaintiff **Willie Frank Moneyham, Jr.** is terminated as a Plaintiff in this cause of action.

**DONE AND ORDERED** this 8th day of January, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**